IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KEVIN JAMES KOHUTE, §<br>    *Plaintiff,* §<br>§<br>v. §<br>§<br>LAB CORP., INDIANA §<br>DEPARTMENT OF FAMILY AND §<br>SOCIAL SERVICES §<br>ADMINISTRATION, and HEALTH §<br>AND HUMAN SERVICES, §<br>    *Defendants.* § | 1:25-CV-56-ADA-ML |

# ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. ECF No. 4. Judge Lane issued his report and recommendation on January 14, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (ECF No. 4) is **ADOPTED**. The Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**SIGNED** on September 19, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE